| PROB 22 | DOCKET NUMBER (Tran. Ct) |
| Rev. 2/88 | 113C 0:08CR60194-1 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Ct) |
| | 3:14-00084-01 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bennett, George Allen<br>1125 Treatment Plant Road<br>Columbia, Tennessee 38401 | Southern | Probation |
| | NAME OF SENTENCING JUDGE<br>The Honorable Donald M. Middlebrooks<br>United States District Court<br>West Palm Beach, FL | |

| SD/FL PACTS No. 98079 | DATES OF SUPERVISED RELEASE | FROM<br>April 2, 2013 | TO<br>April 1, 2018 |
|---|---|---|---|

OFFENSE:
Attempt to Receive Child Pornography, 18 U.S.C. § 2252(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>MIDDLE DISTRICT OF TENNESSEE</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/23/14_                                                   _[signature]_
Date                                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT</u> OF <u>TENNESSEE.</u>

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6/5/14_                                                  Todd Campbell
Effective Date                                       United States District Judge

OB/tl